UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, No. 1:00CR261-01

v. HON. RICHARD A. ENSLEN

GREGORY JAMES ANTOINE,

Defendant.
______________________________/

**CERTIFICATE OF SERVICE**

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Application for Writ of Continuing Garnishment, Writ of Garnishment, and Instructions To Debtor Clerk's Notice Of Post-Judgment Garnishment was sent to the Defendant by first-class mail, on the date listed below, at the last known address of the Defendant-Debtor.

DONALD A. DAVIS
United States Attorney

Date: October 26, 2010

/s/ W. Francesca Ferguson
W. FRANCESCA FERGUSON
Financial Litigation Unit
U.S. Attorney's Office
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404