UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY JAMES ANTOINE,

Defendant,

and

STATE OF MICHIGAN
Department of Treasury
Third Party Withholding Unit,

Garnishee.
______________________________________/

Case No. 1:00CR261-01

Hon. Paul L. Maloney
United States District Judge

**TERMINATION OF GARNISHMENT**

NOTICE TO GARNISHEE: The continuing garnishment issued on October 20, 2010 against Defendant Gregory James Antoine is hereby terminated and you are released from further liability in connection therewith.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Termination authorized on July 21, 2026

/s/Meagan D. Johnson
MEAGAN D. JOHNSON
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
meagan.johnson@usdoj.gov